IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **JOHN DOE, Subscriber** | : | NO. 14-0276 |
| **Assigned IP Address 76.98.49.96** | : | |

## ORDER

**AND NOW**, this 19th day of May, 2014, upon consideration of the Plaintiff's First Motion for Extension of Time Within Which it has to Serve John Doe Defendant with a Summons and Complaint (Document No. 6), it is **ORDERED** that the motion is **DENIED**.

        /s/Timothy J. Savage
        TIMOTHY J. SAVAGE, J.